PER CURIAM.

(No. 75-CC-1325— ▮▮▮▮▮▮▮)

RENE SAINT LEGER, M.D., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 16, 1975.*

RENE SAINT LEGER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.